UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In Re:  Case #13-40297

**Debtor:** Lackey, Bonnie Ann  Chapter 13

## FINAL REPORT OF LOSS MITIGATION MEDIATOR

**The undersigned court-appointed loss mitigation Mediator, reports to the court as follows:**

A. The final Loss Mitigation Mediation (LMM) conference was conducted on 05-05-2014 and the following parties were present:

1. [ x ] The Debtor: Bonnie Ann Lackey
2. [ x ] The Debtor's Attorney, Maxine Cheesman, Esq.
3. [ x ] The Lendor's Representative, Jacob Carreon
4. [ x ] The Lendor's Attorney, Austin Noel, Esq.

B. The final LMM conference was scheduled for but not conducted for the following reason:

1. [  ] The parties settled prior to attending
2. [  ] The case was dismissed
3. [  ] The debtor failed to attend
4. [  ] The debtor's attorney failed to attend
5. [  ] The lender failed to attend
6. [  ] The lender's attorney failed to attend
7. [  ] Other

C. The result of the LMM conference is as follows

1. [  ] The parties reached an agreement
2. [ x ] The parties did not reach an agreement

Dated: 05.06.14     Signature of Mediator: /S/ Donna M. Melise

Printed Name: Donna M. Melise

Address: 471 Woodview Circle Palm Beach Gardens, FL 33418

Copies to:  Phone: 561-876-7094

[All Parties to Mediation]  Email: dmeliselaw@yahoo.com