**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ __4AP_____ Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Bonnie Ann Lackey        JOINT DEBTOR: _____    CASE NO.: 13-40297-EPK
Last Four Digits of SS# xxx-xx-9117    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __36__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A.    $ __253.39__ for months __1__ to __35__ ;
B.    $ __253.20__ for months __36__ to __36__ in order to pay the following creditors:

Administrative: Attorney's Fee: $ 3,150.00 ($3,000 base fee + costs $150)
               LMM Fee:       $ 1,065.00 ($1,000 + $65 costs) TOTAL Fee: $4,215.00
               TOTAL PAID     $ 2,215.00
               Balance Due    $ 2,000.00   payable $ 100.00 /month (Months 1 to 20 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Ascot Capital, LLC-3                   Total Due   $ 1,561.32 ($1,555.49 @ 0.25% interest)
   P.O. Box 645040                        Payable     $ 43.37 /month (Months 1 to 36 )
   Cincinnati, Ohio 45264
Certificate #XXXXX-6988

2. Anne M. Gannon, Constitutional Tax Collector    Total Due $ 2,231.11 ($1,448.77 @ 18% interest)
   Serving Palm Beach County              Payable $ 61.98 /month (Months 1 to 35 )
   Attn: Legal Services                   Payable $ 61.81 /month (Months 36 to 36 )
   P.O. Box 3715
   West Palm Beach, FL 33402-3715
Account #XXXXXX- 0340

3. The Courtyards at Boynton Place,       Total Due $ 900.00
   Sub-Association, Inc.,                 Payable $ 25.00 /month (Months 1 to 36 )
   123 N. Congress Ave #343
   Boynton Beach, FL 33426
Account # XXX9551

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| The Courts at Boynton Place, Sub-Assoc., Inc. 123 N. Congress Ave #343 Boynton Beach, FL 33426 Acct: XXX9551 | Real Property located at 5540 Boynton Place, Boynton Beach, FL 33437 PCN 00-42-45-26-27-000-0340 $119,918 | 0 % | $0.00 | __0__ To __0__ | $0.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None                  Total Due $ $0.00
                         Pay       $ 0.00 /month (Months 1 to 36 )


Unsecured Creditors:     Pay    $ 100.00 / month (Months 21 to 36 )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:


LF-31 (rev. 01/08/10)

1. The Debtor and Lender are continuing negotiations for a loan modification outside of the LMM program. If the Lender and the Debtor fail to reach a settlement, then the Debtor will amend or modify the plan to (a) conform to the Lender's Proof of Claim (if the Lender has filed a Proof of Claim) or (b) provide that the real property will be surrendered. If the amended or modified plan provides that the real property is to be surrendered, then the obligations to the Lender will be considered "treated outside the plan" and the Lender shall have in rem relief from the automatic stay as to the real property being surrendered. Notwithstanding the foregoing, Lender may file a motion to confirm that the automatic stay is not in effect as to the real property.

   Confirmation of the plan will be without prejudice to the assertion of any rights the Lender has to address payment of its Proof of Claim.

2. Debtor will make direct post-petition payments to secured creditor,.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

 /s/ Bonnie Lackey
Debtor
Date:   7/16/14

LF-31 (rev. 01/08/10)