# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

IN RE: Bonnie Lackey.    CASE NO:  13-40297-EPK
CHAPTER 13

_____DEBTOR_____/

## EX PARTE MOTION TO APPROVE LOSS MITIGATION AGREEMENT WITH WELLS FARGO BANK N.A.

The above-referenced Debtor requests the Court enter an Order approving The Loss Mitigation Agreement with Wells Fargo Bank, N.A. ("Lender") and states as follows:

1. The Court referred this matter to Loss Mitigation Mediation ("LMM") (ECF #30 ) on January 21, 2014.

2. The final LMM conference was held on May 5, 2014.

3. The LMM Mediator filed a Final Report of Loss Mitigation Mediator (ECF#52) on May 6, 2014 reporting the parties failed to reach an agreement.

4. The parties continued to work on the loan modification and ultimately reached an agreement, a copy of which is attached hereto.

5. Pursuant to the Agreement, the Lender will draft all documents required by the Agreement, other than pleadings or plans required to be filed in this case.

6. Pursuant to the Agreement, the Debtor shall amend/modify the last filed chapter 13 plan on or before October 1, 2014 to provide for the payment.

7. All payments shall be considered timely upon receipt by the trustee, not

      upon receipt by the Lender.

8.    The trustee may disburse the payment as adequate protection to the Lender until such time as the plan/modified plan is confirmed, or the case is dismissed or converted to another chapter.

**WHEREFORE, the** Debtor requests the Motion to Approve Loss Mitigation Agreement with Wells Fargo Bank N.A. ("Lender") be granted and for such other and further relief as this Court deems proper.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the Motion to Approve The Loss Mitigation Agreement with Wells Fargo Bank, N.A. was served by upon the parties listed and in the manner as listed below on September 13, 2014.

By first class certified mail:
Wells Fargo Bank, N.A., 84 E School St., Carlisle, IA 50047

By electronic mail:
Donna Melise at dmeliselaw@yahoo.com

Respectfully Submitted:

/s/ Maxine D. Cheesman
Maxine D. Cheesman
FBN: 0011787
Law Offices of Cheesman & Varner, P.A.
5589 Okeechobee Blvd., Ste 103
West Palm Beach, FL 33417
Phone: 561-656-1715
Email: mcheesman@cheesmanpa.com