

**ORDERED in the Southern District of Florida on September 16, 2014.**



Erik P. Kimball, Judge
United States Bankruptcy Court

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
PALM BEACH COUNTY DIVISION

In re:  Bonnie Ann Lackey                    CASE NO.:13-40297-EPK

Debtor(s)
_____/

### ORDER GRANTING MOTION TO APPROVE LOSS MITIGATION AGREEMENT WITH WELLS FARGO HOME MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A.

This matter came before the Court:

☒  On the Debtor's Ex Parte Motion to Approve Loss Mitigation Agreement with WELLS FARGO HOME MORTGAGE, a division of WELLS FARGO BANK, N.A.("Lender").

☐  For hearing on _____ upon Self-Represented Debtor's Motion to Approve Loss Mitigation Agreement with Lender.

The Court, having considered the motion and being otherwise fully advised in the premises, it is

**ORDERED** as follows:

1. The Motion to Approve Loss Mitigation Agreement is granted.

2. The parties are authorized to take any and all necessary actions to effectuate the terms of the Agreement.

3. The Debtor shall amend/modify the last filed Chapter 13 plan on or before October 1, 2014 to provide for the payment.

4. Payments shall be sent to the following address:
    Wells Fargo Home Mortgage
    1 Home Campus  X2302-041
    Des Moines, IA 50306

5. The Court reserves jurisdiction to enforce the terms of the Agreement and this Order.

###

Maxine D. Cheesman, Esq shall serve a conformed copy of this Order upon all parties of interest and shall file a Certificate of Service in accordance with Local Rule 2002-1(F).

Submitted by:
Maxine D. Cheesman
FBN 0011787
5589 Okeechobee Blvd., Suite 103
West Palm Beach, FL 33417
mcheesman@cheesmanpa.com
Phone: 561-656-1715

LMM-LF-14 (rev. 12/01/13)