**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ ___8AP-LMM___ Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Bonnie Ann Lackey        JOINT DEBTOR: _____        CASE NO.: 13-40297-EPK
Last Four Digits of SS# xxx-xx-9117    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __36__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ __776.73__ for months __1__ to __7__ ;
    B.    $ __99.36__ for months __8__ to __9__ ;
    C.    $ __138.93__ for months __10__ to __11__ ;
    D.    $ __1,267.49__ for months __12__ to __36__ in order to pay the following creditors:

Administrative: Attorney's Fee: $ 3,150.00 ($3,000 base fee + costs $150)
                LMM Fee:       $ 1,065.00 ($1,000 + $65 costs) TOTAL Fee: $4,215.00
                TOTAL PAID    $ 2,215.00
                Balance Due   $ 2,000.00    payable $ 333.33 /month (Months 1 to 6 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Ascot Capital, LLC-3                      Total Due    $ 1,633.26 (inclusive of 0.25% interest)
   P.O. Box 645040                           Payable      $ 223.05 /month (Months  1  to  6 )
   Cincinnati, Ohio 45264                    Payable      $ 223.02 /month (Months  7  to  7 )
Certificate #XXXXX-6988                      Payable      $ 35.97 /month (Months  10 to 11 )

2. Anne M. Gannon, Constitutional Tax Collector    Total Due $ 2,231.11 ($1,448.77 @ 18% interest)
   Serving Palm Beach County                 Payable  $  124.74 /month (Months  1  to  6 )
   Attn: Legal Services                      Payable  $  458.10 /month (Months  7  to  7 )
   P.O. Box 3715                             Payable  $  35.33 /month (Months  8  to  36 )
   West Palm Beach, FL 33402-3715
Account #XXXXXX- 0340

3. The Courtyards at Boynton Place,          Total Due $ 900.00
   Sub-Association, Inc.,                    Payable  $  25.00 /month (Months  1  to  36 )
   123 N. Congress Ave #343
   Boynton Beach, FL 33426
Account # XXX9551

4. . Wachovia Mortgage, FSB                  Arrearage on Petition Date $ N/A
    f/k/a World Savings Bank, nka            Arrears Payment   $ N/A /month (Months ____ to ____)
    Wells Fargo Home Mortgage                Total due on Petition Date $ N/A
   Address: 1 Home Campus X 2302-041         LMM payments  $ 1,061.93 /month (Months  12 to 36 )
           Des Moines, Iowa 50306
Account No: xxxxx9150

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| The Courts at Boynton Place, Sub-Assoc., Inc. 123 N. Congress Ave #343 Boynton Beach, FL 33426 Acct: XXX9551 | Real Property located at 5540 Boynton Place, Boynton Beach, FL 33437 PCN 00-42-45-26-27-000-0340 $119,918 | 0 % | $0.00 | __0__ To __0__ | $0.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None                Total Due $ $0.00
                       Pay       $ 0.00 /month (Months  1  to  36 )

LF-31 (rev. 01/08/10)

<u>Unsecured Creditors:</u>             Pay      $  30 / month  (Months  8    to   36   )

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
1. The Debtor has filed a Verified Motion for Referral to LMM with Wachovia Mtg., FSB f/k/a/ World Savings Bank, nka Wells Fargo Home Mortgage ("Lender"), loan number xxxxx9150, for real property located at 5542 Boynton Place, Boynton Beach, FL 33437. The parties shall timely comply with all requirements of the Order of Referral to LMM and all Administrative Orders/Local Rules regarding LMM. While the LMM is pending and until the trial/interim payment plan or the permanent mortgage modification/permanent payment is established by the parties, the Debtor has included a post-petition plan payment, absent Court order to the contrary, of no less than 31% of the Debtor's gross monthly income as a good faith adequate protection payment to the Lender. All payments shall be considered timely upon receipt by the trustee and not upon receipt by the Lender.

    Until the LMM is completed and the Final Report of Loss Mitigation Mediator is filed, any objection to the Lender's Proof of Claim on the real property described above shall be held in abeyance as to the regular payment and mortgage arrearage stated in the Proof of Claim only. The Debtor shall assert any and all other objections to the Proof of Claim prior to confirmation of the plan or modified plan.

    If the Debtor, co-obligor/co-borrower or other third party (if applicable) and the Lender agree to a settlement as a result of the pending LMM, the Debtor will file a Motion to Approve Loss Mitigation Agreement with Lender no later than 14 calendar days following settlement. Once the settlement is approved by the Court, the Debtor shall immediately amend or modify the plan to reflect the settlement and the Lender shall amend its Proof of Claim to reflect the settlement, as applicable.

    If a settlement is reached after the plan is confirmed, the Debtor will file a motion to modify the plan no later than 30 calendar days following approval of the settlement by the Court and the Lender shall have leave to amend its Proof of Claim to reflect the settlement reached after confirmation of the plan. The parties will then timely comply with any and all requirements necessary to complete the settlement. In the event the Debtor receives any financial benefit from the Lender as part of any agreement, the Debtor shall immediately disclose the financial benefit to the Court and the trustee and amend or modify the plan accordingly.

    If the Lender and the Debtor fail to reach a settlement, then no later than 14 calendar days after the Mediator's Final Report is filed, the Debtor will amend or modify the plan to (a) conform to the Lender's Proof of Claim (if the Lender has filed a Proof of Claim) or (b) provide that the real property will be surrendered. If the amended or modified plan provides that the real property is to be surrendered, then the obligations to the Lender will be considered "treated outside the plan" and the Lender shall have in rem relief from the automatic stay as to the real property being surrendered. Notwithstanding the foregoing, Lender may file a motion to confirm that the automatic stay is not in effect as to the real property.

    Confirmation of the plan will be without prejudice to the assertion of any rights the Lender has to address payment of its Proof of Claim.

2. Debtor will file a Motion to Secured Lien held by The Courts at Boynton Place, Sub-Assoc., Inc., Account ending in 9551 on Value Real Property located at 5540 Boynton Place, Boynton Beach, FL 33437.

3. Debtor was approved for a Trial Plan Payment with Wachovia Mtg., FSB f/k/a/ World Savings Bank, nka Wells Fargo Home Mortgage ("Lender"), loan number xxxxx9150.  Debtor will make the first two payments (due October 1 and November 1, 2014) directly to the Lender and all subsequent payments for this loan will be made to the Trustee.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

 /s/ Bonnie Lackey
Debtor
Date:  9/24/14

LF-31 (rev. 01/08/10)