UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| In re:<br><br>　　Bonnie Ann Lackey<br><br>　　　　Debtor(s) | Case No. 13-40297-EPK |

CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

　　Robin R. Weiner, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

　　1)　The case was filed on 12/26/2013.

　　2)　The plan was confirmed on 09/15/2014.

　　3)　The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

　　4)　The trustee filed action to remedy default by the debtor in performance under the plan on 09/12/2015.

　　5)　The case was dismissed on 11/18/2015.

　　6)　Number of months from filing to last payment: 18.

　　7)　Number of months case was pending: 24.

　　8)　Total value of assets abandoned by court order: NA.

　　9)　Total value of assets exempted: NA.

　　10)　Amount of unsecured claims discharged without payment: $0.00.

　　11)　All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $14,607.62 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $14,607.62

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $401.71 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $2,401.71

Attorney fees paid and disclosed by debtor:    $2,215.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACS/DEPT OF ED | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| ADULT & PEDIATRIC DERMATOLOGY | Unsecured | 31.04 | NA | NA | 0.00 | 0.00 |
| Amerassist | Unsecured | 128.00 | NA | NA | 0.00 | 0.00 |
| APRIA HEALTHCARE | Unsecured | 13.29 | NA | NA | 0.00 | 0.00 |
| Ascot Capital LLC-3 | Secured | NA | 1,633.26 | 1,633.26 | 1,633.26 | 0.00 |
| Ashley Funding Services | Unsecured | NA | 1,450.00 | 1,450.00 | 1,450.00 | 0.00 |
| BEACHES OPEN MRI OF BOYNTON | Unsecured | 50.33 | NA | NA | 0.00 | 0.00 |
| BEACHES OPEN MRI OF PBG | Unsecured | 1,820.00 | NA | NA | 0.00 | 0.00 |
| CAINE & WEINER | Unsecured | 506.00 | NA | NA | 0.00 | 0.00 |
| Campbell & Musso Spine Surgery Assoc | Unsecured | 395.00 | NA | NA | 0.00 | 0.00 |
| CENTER FOR BONE & JOINT SURG | Unsecured | 126.00 | NA | NA | 0.00 | 0.00 |
| Central Financial Control | Unsecured | 1,450.00 | NA | NA | 0.00 | 0.00 |
| Comenity Bank/Silhouet | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| David Vastola, MD | Unsecured | 77.49 | NA | NA | 0.00 | 0.00 |
| Dayton Medical Center | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| Department of Education | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Dept of Education/Neln | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Dept of Education/Nelnet | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| DIAGNOSTIC CENTER OF AMERICA | Unsecured | 64.00 | NA | NA | 0.00 | 0.00 |
| Focus Financial Services | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| Focus Financial Services | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| Focus Financial Services | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| Focus Financial Services | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Hayes Clinical Laboratory | Unsecured | 825.30 | NA | NA | 0.00 | 0.00 |
| Hays Clinical Laboratory | Unsecured | 825.30 | NA | NA | 0.00 | 0.00 |
| Independent Imaging | Unsecured | 16.00 | NA | NA | 0.00 | 0.00 |
| International Instistute Of Sleep, Inc | Unsecured | 128.24 | NA | NA | 0.00 | 0.00 |
| LABCORP | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| Law Cash | Unsecured | 61,000.00 | NA | NA | 0.00 | 0.00 |
| MANORCARE RAHABILITATION | Unsecured | 2,142.00 | NA | NA | 0.00 | 0.00 |
| Ocwenloans | Unsecured | NA | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| Scheduled Creditors: | | | | | | |
|---|---|---|---|---|---|---|
| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
| Oral-Facial Implant of Boca Raton | Unsecured | 107.60 | NA | NA | 0.00 | 0.00 |
| Orthopedic & Spine Center of So Flo | Unsecured | 650.00 | NA | NA | 0.00 | 0.00 |
| ORTHOPEDIC & SPINE CTR OF S.FL | Unsecured | 650.00 | NA | NA | 0.00 | 0.00 |
| PALM BCH COUNTY TAX COLLECTO | Secured | NA | 2,231.11 | 1,750.27 | 1,750.27 | 0.00 |
| PALM BEACH GARDENS MEDICAL C | Unsecured | 1,450.00 | NA | NA | 0.00 | 0.00 |
| Physical Medicine & Rehab | Unsecured | 57.00 | NA | NA | 0.00 | 0.00 |
| Premier Orthopedic & Neurosurgical Grou | Unsecured | 2,317.58 | NA | NA | 0.00 | 0.00 |
| Premier Orthopedics & neurosurgical Gp | Unsecured | 2,317.58 | NA | NA | 0.00 | 0.00 |
| Robert Friedman, MD | Unsecured | 2,455.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| STERLIMG EMERGENCY | Unsecured | 12.92 | NA | NA | 0.00 | 0.00 |
| The Courts @ Boynton | Secured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| The Courts at Boynton Place, Sub Assoc In | Unsecured | NA | 1,074.00 | 1,074.00 | 1,074.00 | 0.00 |
| The Courts at Boynton Place, Sub Assoc In | Secured | NA | 1,074.00 | NA | 0.00 | 0.00 |
| The Courts at Boynton Place, Sub Assoc In | Secured | NA | 900.00 | 900.00 | 900.00 | 0.00 |
| Wachovia Mortgage | Secured | 193,102.85 | NA | NA | 0.00 | 0.00 |
| Wells Fargo Home Mortgage | Secured | NA | 289,507.95 | 26,548.25 | 5,398.38 | 0.00 |
| WEST ASSET MANAGEMENT | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Wfhm | Unsecured | NA | NA | NA | 0.00 | 0.00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $27,448.25 | $6,298.38 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $3,383.53 | $3,383.53 | $0.00 |
| **TOTAL SECURED:** | **$30,831.78** | **$9,681.91** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$2,524.00** | **$2,524.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,401.71 |
| Disbursements to Creditors | $12,205.91 |
| **TOTAL DISBURSEMENTS :** | **$14,607.62** |

**UST Form 101-13-FR-S (09/01/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/21/2015                    By: /s/ Robin R. Weiner
                                            Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**